IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**ERIC WARD,**                                                                  **PETITIONER**

**V.**                                                                          **NO. 4:05CV152-P-B**

**MISSISSIPPI DEPARTMENT OF CORRECTIONS, ET AL,**          **RESPONDENTS**

### FINAL JUDGMENT

In accordance with the opinion issued this day, the instant cause is **dismissed** without prejudice and without evidentiary hearing for failure to exhaust available state remedies.

IT IS SO ORDERED.

THIS the 30th day of June, 2005.

/s/ W. Allen Pepper, Jr.
W. ALLEN PEPPER, JR.
UNITED STATES DISTRICT JUDGE